IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK ROBERTSON**                                               **PLAINTIFF**
ADC #96007

v.                  **No. 5:13-cv-250-DPM-BD**

**RAY HOBBS**                                                   **DEFENDANT**
Director, Arkansas Department of
Correction

### ORDER

I recuse. Defendant's attorney, Kathryn Elizabeth Henry, has served as my law clerk. The Clerk shall reassign this case at random.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2013